No. 770.

JOHN C. RAGAN *vs.* LOUIS F. FALGOUT.

APPEAL from the District Court for Lafourche. BEATTY, J.

This was a contest for the office of coroner of Lafourche Parish, wherein were applied the same principles as in Webre *v.* Wilton, 29 La. Ann. 610.